**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Segundo Manuel Cela Loja
**Petitioner**

V.

CIVIL ACTION
NO. 26cv10936-WGY

David Wesling et al
**Respondents**

**ORDER OF DISMISSAL**

**YOUNG D.J.**,

In accordance with the Court's ELECTRONIC ORDER of March 19, 2026, it is hereby ORDERED that this action is DISMISSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

March 19, 2026